# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN W. FRANKS,

Appellant,

vs.

JANET PENN, F/K/A JANET P. FRANKS,

Respondent.

No. 80595

FILED

NOV 03 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. David S. Gibson, Jr., District Judge
Lansford W. Levitt, Settlement Judge
The Dickerson Karacsonyi Law Group
Radford J. Smith, Chartered
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20 - 31969